UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK DANIEL ROLLINS,<br><br>            Plaintiff,<br>    v.<br><br>PIERCE COUNTY CORRECTIONAL FACILITY, CORRECTIONS OFFICER PAPP, SGT. HARDGROVE, and CORRECTIONS OFFICER SHAVIRI,<br><br>            Defendants. | No. C10-5438 RBL/KLS<br><br>ORDER REGARDING LETTER FILING FOR INJUNCTIVE RELIEF |

Before the court is Plaintiff's letter addressed to the Clerk of Court requesting a temporary restraining order. Dkt. 4. At the time of filing this letter request, Plaintiff's motion to proceed *in forma pauperis* and proposed civil rights complaint (Dkts. 1 and 3) were pending.[1] None of the Defendants have been served with the complaint and Plaintiff has not served any of the Defendants with his letter request for an injunction. The court will not consider the letter request for an injunction.

Plaintiff is advised that an injunction can be issued against individuals who are parties to this action. *See, e.g.,* Fed. R. Civ. P. 65(d)(2). Because none of the defendants named in this

---

[1] Under separate orders, the court is granting Plaintiff's motion to proceed *in forma pauperis* and has directed service of his civil rights complaint.

ORDER - 1

action have been served, personal jurisdiction does not exist and the court has no authority over them.

In addition, under Federal Rule of Civil Procedure 65(a)(1), no preliminary injunction can be issued without notice to the opposing party. A temporary restraining order may be granted under Rule 65(b), but only if:

1) it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss or damage will result to the applicant before the adverse party or that party's attorney can be heard in opposition, and

2) the [applicant] certifies to the court in writing the efforts, if any, which have been made to give the notice and the reasons supporting the claim that notice should not be required.

Finally, Plaintiff is advised that if he seeks relief from the Court, he must set forth his requests in a pleading or motion and that he must serve copies of all pleadings and motions on all Defendants through their counsel of record pursuant to Fed.R.Civ.P. 5(b)(1). Pursuant to Fed.R.Civ.P. 5(d), Plaintiff is also required to attach and file a certificate of service stating that he has served all Defendants with the pleading and/or motion every time he files and serves a document.

Accordingly, the Court **ORDERS:**

1) Plaintiff's letter request for a temporary injunction (Dkt. 4) is **DENIED.** Plaintiff may file a motion for temporary injunctive relief after Defendants have been properly served with the complaint and have appeared in this action, by filing a notice and serving it on the Defendants or their counsel. The motion may be scheduled on the court's calendar for the third Friday after filing and service of the motion.

ORDER - 2

2)	The Clerk is directed to send copies of this Order to Plaintiff.

**DATED** this   29th   day of July, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 3