UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| MARK DANIEL ROLLINS, | |
|---|---|
| Plaintiff, | |
| v. | No. C10-5438 RBL/KLS |
| PIERCE COUNTY CORRECTIONAL FACILITY, CORRECTIONAL OFFICER PAPP, SGT. HARDGROVE, and CORRECTIONAL OFFICER SHAVIRI, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Defendants' motion to dismiss (ECF No. 19) is **GRANTED** as to Defendant Pierce County Correctional Facility.

3) Defendants' motion to dismiss (ECF No. 19) is **DENIED** as to Plaintiff's claims against Defendants Hardgrove and Shaviri. Plaintiff may amend his complaint to include allegations relating to these Defendants only.[1] Plaintiff shall file his amended complaint **on or before April 3, 2012.**

---
[1] Plaintiff's allegations against Defendant Papp are not affected by this Order.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

4) All discovery in this matter is **STAYED** pending further order of the court.

5) This matter is **re-referred** to the Honorable Karen L. Strombom, United States Magistrate Judge.

6) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 19th day of March, 2010.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2