UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK DANIEL ROLLINS,

                Plaintiffs,

v.

PIERCE COUNTY CORRECTIONAL FACILITY, CORRECTIONS OFFICER PAPP, SGT. HARGROVE, and CORRECTIONS OFFICER SHAVIRI,

                Defendants.

No. C10-5438 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Defendants' Motion to Dismiss (ECF No. 39) is **DENIED;** This matter is **re-referred** to the undersigned for modification of the case schedule deadlines for dispositive motions and joint status report.

3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 19th day of March, 2011.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1