UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK DANIEL ROLLINS,<br><br>        Plaintiff,<br><br> v.<br><br>PIERCE COUNTY CORRECTIONAL FACILITY, CORRECTIONS OFFICER PAPP, SGT. HARDGROVE, and CORRECTIONS OFFICER SHAVIRI,<br><br>        Defendants. | No. C10-5438 RBL/KLS<br><br>ORDER DIRECTING PLAINTIFF TO ADVISE COURT OF CURRENT ADDRESS |

  On June 22, 2010, Plaintiff Mark Rollins filed his complaint alleging various constitutional violations against Defendants Pierce County Correctional Facility, Corrections Officer Papp and Shaviri, and Sgt. Hardgrove. ECF No. 7. This case is proceeding on Plaintiff's claims against Defendant Papp only. *See* ECF No. 29, at 1-2. An Amended Scheduling Order was entered on March 27, 2012. ECF No. 48.

  On December 13, 2011, Plaintiff filed a Notice of Change of Address, reflecting an address of 20406 Little Bear Creek Road No. 18, Woodinville, Washington. ECF No. 43. The Court has recently been advised that this is the address of Plaintiff's ex-girlfriend, that Plaintiff is not allowed to live at this address, and that a no-contact order prohibits Plaintiff from contacting his ex-girlfriend or returning to this address. It has also come to the Court's attention that Plaintiff is currently incarcerated at the Snohomish County Jail, but is due to be released on or about April 2, 2012. Plaintiff's community custody officer, Louis Mahre, does not have a current address for Plaintiff and does not know that Plaintiff will have an address after he is released from jail.

ORDER - 1

Plaintiff was previously advised of his obligation to keep this Court advised of his current address. *See* ECF No. 45, at 3. Local Court Rule 41(b)(2) provides that pro se parties "shall keep the court and opposing parties advised as to his current address. If mail directed to a pro se plaintiff by the clerk is returned by the Post Office, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."

Plaintiff is directed to provide the Court with a current address within **fourteen (14) days of the date of this Order.** Copies of this order shall be sent to the Plaintiff at the following addresses:

>Snohomish County Jail
>3025 Oakes Ave
>Everett, WA  98201
>
>Mark D. Rollins
>c/o Louis Mahre
>8625 Evergreen Way Ste 100
>Everett WA  98208

Accordingly, it is **ORDERED:**

(1) Plaintiff shall advise this Court of his current address **within fourteen (14) days of the date of this Order.**

(2) The Clerk shall send a copy of this Order to Plaintiff at the addresses noted above and to counsel for Defendants.

**DATED** this 29th day of March, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2