UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK DANIEL ROLLINS,

                Plaintiff,

   v.

PIERCE COUNTY CORRECTIONAL FACILITY, CORRECTIONS OFFICER PAPP, SGT. HARDGROVE, and CORRECTIONS OFFICER SHAVIRI,

                Defendants.

No. C10-5438 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 41(b)(2) for failure to prosecute.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 25th day of June, 2012.

                                                        /s/ Ronald B. Leighton
                                                        Ronald B. Leighton
                                                         United States District Judge

ORDER - 1